UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT JONES,

Petitioner,

v.

Warden STIFF,

Respondent.

Civil No. 00-494 (JMR/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that Respondent has wrongly evaluated his eligibility for early release pursuant to 18 U.S.C. § 3621(e)(2)(B), and that the duration of his confinement may therefore be improperly extended.

The Respondent is directed to make a return in writing, within 20 days from the date of this order, which shall (a) certify the true cause of Petitioner's detention and the proper length of his sentence, (b) address the issues raised in the petition, and (c) show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to evaluate the issues raised in the petition, and to determine the lawfulness and correct duration of Petitioner's incarceration;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position on the issues raised in the petition, as well as Respondent's recommendation as to the need for an evidentiary hearing, in light of the requirements of federal statutes and other pertinent legal authority; and

FILED MAR 8 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK
cc: Pet, AUSA

3. Certified copies of any court records, prison records or other documentation that may be germane to the issues raised in the petition.

Absent compliance with this order within the 20-day time period, the court will entertain a motion to grant the relief prayed for in said petition.

IT IS FURTHER ORDERED that upon the filing of the foregoing, the parties shall await the further order of this court.

Dated: March 6, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge