UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-494 (JMR/FLN)

ROBERT JONES,

Petitioner,

v.

R. L. STIFF, Warden,

Respondent.

ORDER

The above-entitled matter is before the undersigned United States District Court Judge, pursuant to the Respondent's request for enlargement of time to file its Objections to the Report and Recommendation dated June 8, 2000.

WHEREFORE IT IS ORDERED,

That the Respondent shall have until June 29, 2000, in which to respond.

Dated: June 21st, 2000

JAMES M. ROSENBAUM
United States District Court Judge

FILED JUN 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK