# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Robert Jones

Case No. Civil 00-494 JMR/FLN

v.

**JUDGMENT IN A CIVIL CASE**

R.L. Stiff

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Robert Jones' petition for a writ of habeas corpus is granted;

2. Petitioner's classification as a PSF Sex Offender shall be removed from his record, and his eligibility for participation in the Residential Drug Abuse Treatment Program shall be considered in light thereof.

DATE: September 11, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk