UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-494(JMR/FLN)

Robert Jones )
)
v. ) ORDER
)
R. L. Stiff )

Respondent asks the Court to reconsider its Order, dated September 11, 2000, adopting the Report and Recommendation issued in this matter by Chief Magistrate Judge Franklin L. Noel. The Court declines to reconsider its prior Order. Accordingly, IT IS ORDERED that:

Respondent's motion for reconsideration [Docket No. 13] is denied.

Dated: December 13th, 2000

JAMES M. ROSENBAUM
United States District Judge

DEC 15 2000
... D. DOSAL, CLERK
... ENTD ...
... CLERK ...